IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LOUIS BANG for SAB, | |
| Plaintiff, | JUDGMENT IN A CIVIL CASE |
| v. | Case No. 12-cv-629-wmc |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the decision of defendant Carolyn W. Colvin, Acting Commissioner of Social Security, is affirmed and plaintiff's appeal is dismissed.

| | |
|---|---|
| /s/ | January 20, 2015 |
| Peter Oppeneer, Clerk of Court | Date |